# EXHIBIT B



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**

**-FILED-**

File No.: BA20240806741

Date Filed: 4/22/2024

| Entity Details | |
|---|---|
| Limited Liability Company Name | CHEROKEE FREIGHT LINES STOCKTON, LLC |
| Entity No. | 200811010168 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 3655 CHEROKEE ROAD<br>STOCKTON, CA 95205 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | PO BOX 5509<br>STOCKTON, CA 95205 |
| Attention | Leanne Scannavino |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 3655 CHEROKEE ROAD<br>STOCKTON, CA 95205 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Angela Scannavino Karp | 3655 CHEROKEE ROAD<br>STOCKTON, CA 95205 |
| Leanne Scannavino | 3655 Cherokee Road<br>Stockton, CA 95205 |

| Agent for Service of Process | |
|---|---|
| Agent Name | LEANNE SCANNAVINO |
| Agent Address | 3655 CHEROKEE ROAD<br>STOCKTON, CA 95205 |

| Type of Business | |
|---|---|
| Type of Business | Cherokee Freight Lines Stockton, LLC |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Phillip Gill*  *04/22/2024*
Signature   Date

B2678-6454 04/22/2024 2:07 PM Received by California Secretary of State