# EXHIBIT C

Melissa Siebert (*Pro Hac Vice Pending*)
Email: MSiebert@cozen.com
Erin Bolan Hines (*Pro Hac Vice Pending*)
Email: EBolanHines@cozen.com
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312.474.4490
Facsimile: 312.300.5645

Alexander E. Robinson (SBN 331187)
Email: arobinson@cozen.com
COZEN O'CONNOR
501 W. Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for UKG, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN JOQUIN

| | |
|---|---|
| CHEROKEE FRIGHT LINES STOCKTON LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UKG, INC., and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: STK-CV-UBC-2024-0005931 <br><br> **NOTICE TO SUPERIOR COURT AND PLAINTIFF OF REMOVAL OF CASE TO FEDERAL COURT** <br><br> Complaint Filed: May 20, 2024 |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE

COUNTY OF ALAMEDA AND PLAINTIFF:

PLEASE TAKE NOTICE that on June 28, 2024, Defendant UKG Inc. removed this action

to the United States District Court for the Eastern District of California pursuant to the Notice of

Removal, attached hereto as Exhibit 1, which was filed with the Clerk of Court of the United States

District Court for the Eastern District of California. This removal is pursuant to 28 U.S.C. §§ 1332,

1441 and 1446. The grounds for this removal are set forth in the Notice of Removal.

NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

| | |
|---|---|
| 1 | Dated:      June 28, 2024          Respectfully submitted, |
| 2 |                                COZEN O'CONNOR |

Dated:        June 28, 2024              Respectfully submitted,

COZEN O'CONNOR


By: */s/ Alexander E. Robinson*
    Melissa Siebert (*Pro Hac Vice Pending*)
    Erin  Bolan Hines (*Pro Hac Vice Pending*)
    Alexander E. Robinson
    Attorneys for Defendant UKG INC.

2

NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

     I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 601 South Figueroa Street, Suite 3700, Los Angeles, California 90017; cmbaeyi@cozen.com.

On June 28, 2024, I served the **NOTICE OF REMOVAL OF CASE TO FEDERAL COURT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope addressed as follows:

Anthony L. Vignolo                 *Attorney for Plaintiff, Cherokee Freight Lines*
**DOWNEY BRAND LLP**         *Stockton LLC*
3425 Brookside Road, Suite A      Tel.: 209.473.6450
Stockton, California 952 I 9        Fax: 209.473.6455
                                  E-mail: avignolo@downeybrand.com

☐    **(BY FIRST CLASS MAIL)**
     ☐    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
     ☐    I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☒    **(BY ELECTRONIC TRANSMISSION)**
Pursuant to CCP § 1010.6, I served the documents in this case by means of electronic service only directly to the persons at the e-mail address(es) listed based on notice provided by the parties.
Executed on June 28, 2024, at Los Angeles, California.

☒   **(STATE)**      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed on June 28, 2024, at Los Angeles, California.


                                   *Chantel Mbaeyi*
                                   **CHANTEL MBAEYI**