# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEROKEE FREIGHT LINES STOCKTON LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UKG, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-01827-DJC-JDP<br><br>**ORDER GRANTING DEFENDANT UKG, INC.'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A SUR-REPLY**<br><br>Complaint Filed:  May 20, 2024<br>Removed:             June 28, 2024 |

## **ORDER**

Defendant UKG, Inc. has filed an *Ex Parte* Application for Leave to File a Sur-Reply. (ECF No. 27.)  Good cause having been shown, the Court hereby GRANTS Defendant's request.  Defendant must file its sur-reply within five (5) days of this Order being entered.

Dated:  September 19, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE